DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RYAN D. GRAHAM,

Appellant

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3705
_____

June 14, 2024

Appeal from the Circuit Court for Hillsborough County; Christopher C Sabella, Judge.

Howard L. Dimmig, II, Public Defender, and Sharon Morgan Vollrath, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.